# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, a Maryland Corporation,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>YOUR STORE ONLINE, LLC, a Wisconsin limited liability company, SILVERLIT TOYS MANUFACTORY LTD., a Hong Kong company, and SPIN MASTER LTD., a Canadian corporation, and SPIN MASTER INC., a Delaware corporation,<br><br>　　　　　Defendants. | CASE NO. CV10-6394 CAS (JCx)<br><br>Honorable: Christina A. Snyder<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATION RE DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>[Joint Stipulation Re Dismissal Filed Concurrently Herewith] |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DISMISSAL OF ACTION**

LA 129,284,585v1 1-4-11

Having considered the parties' Joint Stipulation Re Dismissal Of Action with Prejudice, the Court hereby orders:

1. Maryland Casualty Company's ("Maryland Casualty") claims against Spin Master Ltd., Spin Master, Inc. (collectively, "Spin Master") and Silverlit Toys Manufactory Ltd. ("Silverlit") in this action are hereby dismissed without prejudice.

2. Maryland Casualty, Spin Master, and Silverlit each shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 25, 2011

*/s/ Christina A. Snyder*

Hon. Christina A. Snyder
Judge of the U.S. District Court
Central District of California

---

2

**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE DISMISSAL OF ACTION**

*LA 129,284,585v1 1-4-11*